**FILED**

NOV 2 0 2015

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Certificate Number: 04893-FLM-DE-026557585

Bankruptcy Case Number: 15-08767



04893-FLM-DE-026557585

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2015, at 1:36 o'clock PM EST, PABLO A. SCABUZZO completed a course on personal financial management given in person by Laurie K. Weatherford, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Florida.

Date:   November 19, 2015                 By:   _[signature]_

Name:   Vera Pennington

Title:   Debtor Educator