UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

PABLO SCABUZZO,                                         CASE NO. 6:15-bk-08767

      Debtor(s).                                              CHAPTER 13
_____/

### FIRST AMENDED CHAPTER 13 PLAN

__✓__ Debtor certifies that the Plan does not deviate from the model plan adopted by the Court at the time of filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1. **MONTHLY PLAN PAYMENTS**. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of **36** months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A) $ _650.64_ for months __1__ through _36_____
(B) $_____ for months _____ through _____
(C) $_____ for months _____ through _____


2. **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $_5,000__ Total Paid Prepetition $ _3,000_ Balance Due $2,000.00
Estimated Additional Fees Subject to Court Approval $_N/A_____
Attorney's Fees Payable through Plan $ _100.00_ Monthly (subject to adjustment)

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**
Last 4 Digits Creditor Total Claim
of Acct No.
  _None_____
_____
_____

**4. TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

Last 4 Digits Creditor Collateral Reg. Mo. Pmt. Gap Pmt. Arrears
of Acct No. Address
N/A

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

Last 4 Digits Creditor Collateral Pmt. Amt. of Acct. No. Address
6045  Nationstar Mortgage LLC, $530.00, 2356 Branch Ave., Kissimmee, FL 34744

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

Last 4 Digits Creditor Collateral Claim Amt. Value Pmt. Interest @___% of Acct No.
Desc./Address
  None

**(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

Last 4 Digits Creditor Collateral Claim Amt. Pmt. Interest @ _____% of Acct No. esc./Address

None

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**
**Last 4 Digits Creditor Collateral Regular Payment Arrearages of Acct No. Description**

None

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

**Last 4 Digits Creditor Property/Collateral**
**of Acct No.**

None

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

**Last 4 Digits Creditor Collateral Description/Address of Acct No.**
5685, Greentree Servicing, LLC, 2356 Branch Ave., Kissimmee, FL 34744

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

**Last 4 Digits Creditor Property/Collateral to be of Acct No. Surrendered**
None

**6. LEASES/EXECUTORY CONTRACTS.**

**Last 4 Digits Creditor Property Assume/Reject-Surrender Est. Arrears**
**of Acct No.**
None

**7. GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $ 0 .

**8. ADDITIONAL PROVISIONS:**
(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:
(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.
(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) __*__ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.
(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.
(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.
(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

**9. NONCONFORMING PROVISIONS:**
_____
_____
_____

12/10/15
Date

_____
Pablo Scabuzzo, Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 21st day of October, 2015 to: Trustee, United States Trustee - ORL7/13, 7 USTP.Region21.OR.ECF@usdoj.gov, Laurie K Weatherford ecfdailysummary@c13orl.com, and Creditor, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067, Green Tree Servicing, LLC, 332 Minnesota St. Ste 610, Saint Paul, MN 55101, and Melbalynn Fisher, 6409 Congress Ave. Suite 100, Boca Raton, FL 33487.

| | |
|---|---|
| **12/15/2015** <br> Date | /s/*Alejandro Rivera* <br> Alejandro Rivera, Esq. <br> FBN # 90038 <br> ALEJANDRO RIVERA, P.A. <br> 1400 W. Oak St., Ste. F <br> Kissimmee, FL 34741 <br> 407-518-7160 <br> Fax: 407 518-7678 <br> Rivera@RiveraAtLaw.com |