[Doabtdsv] [District Order Abating Motions to Determine Secured Status/Value and/or Strip]

ORDERED.

Dated: December 16, 2015

/s/ Karen S. Jennemann
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                         Case No. 6:15−bk−08767−KSJ
                                                                               Chapter 13
Pablo A. Scabuzzo

_____Debtor*_____/

## ORDER ABATING

THIS CASE came on for consideration, without hearing, on the motion to value collateral of Greentree Servicing, LLC by debtor , Doc. No. 17 (the "Motion") . After a review of the Motion, the Court determines that the Motion is deficient as follows:

☐  The Motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr. P. 9011.

☐  The Motion was filed without a signed or dated certificate of service as required by Local Rule 9013−1.

☑  The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐  The Motion does not contain a legal description for real property or a VIN number for a vehicle.

☑  The Motion does not contain the redacted loan number.

☐  The Motion does not contain the fair market value of the security.

☐  The Motion does not contain the name of the lien holder.

☑  No claim has been filed on behalf of the affected creditor. The proof of claims bar date is February 17, 2016 .

Accordingly, it is

***ORDERED:***

Consideration of the Motion is abated until the deficiency is corrected.

The Clerks office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.