UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No.: **6:15−bk−08767−KSJ**
                                                                Chapter 13

PABLO A. SCABUZZO,

     Debtor.
_____/

**DEBTOR'S RESPONSE TO TRUSTEE'S
MOTION TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PAYMENTS**

     COMES NOW the Debtor, PABLO A. SCABUZZO, by counsel, and in response to the Chapter 13 Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments (Document No. 28), states as follows:

     1.    Debtor, PABLO A. SCABUZZO, who works has an independent contractor, had a temporary drop in business during the holiday season, and lost wages for time off work during the holidays.

     2.    Due to the unexpected temporary loss of income mentioned above, debtor fell behind in his plan payments.  Debtor anticipates filing an amended plan within the next seven days to make up the missed payments.

     WHEREFORE, Debtor prays that the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments be denied, and for such other relief as the Court deems just and appropriate.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been provided via electronic transmission (ECF) on this 8th day of March, 2016 to: Trustee, United States Trustee - ORL7/13.

**03/08/2016**  /s/***Alejandro Rivera***
Date  Alejandro Rivera, Esq.
 FBN # 90038
 ALEJANDRO RIVERA, P.A.
 1400 W. Oak St., Ste. F
 Kissimmee, FL  34741
 407-518-7160
 Fax: 407 518-7678
 Rivera@RiveraAtLaw.com