UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. **6:15-bk-08767-KSJ**
Chapter 13

Pablo A. Scabuzzo,

Debtor.
_______________________________/

**AMENDED VERIFIED MOTION TO VALUE COLLATERAL OF GREENTREE SERVICING, LLC (SECOND MORTGAGE)**

**(AMENDED AS TO 30 DAY NEGATIVE NOTICE ONLY)**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801; serve a copy on the movant's attorney, Alejandro Rivera, Esq., 1400 W. Oak Street, Ste. F, Kissimmee, FL 34741, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Debtor, Pablo A. Scabuzzo, by and through his undersigned counsel, and pursuant to 11 U.S.C. § 506(a) moves this Honorable Court for the entry of an order for valuation of collateral as to the claim of GREEN TREE SERVICING, LLC AND/OR BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-CTX1 ASSET BACKED CERTIFICATES, SERIES 2005-CTX1, allowing the secured balance be treated as an unsecured claim, and in support thereof the Debtor states the following:

1.      GREEN TREE SERVICING, LLC and/or BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-CTX1 ASSET BACKED CERTIFICATES, SERIES 2005-ctX1is the holder of a second mortgage/home equity line of credit on real property to wit:

Lot 82, Town And County Estates, Unit No. One, according to the plat thereof, as recorded in Plat Book 2, page 84 of the Public Records of Osceola County, Florida.

a/k/a 2356 Branch Ave., Kissimmee, Florida 34744(hereinafter "the Property").

2.      GREEN TREE SERVICING, LLC and/or BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-CTX1 ASSET BACKED CERTIFICATES, SERIES 2005-ctX1's second mortgage/equity line of credit is in the amount of $19,974.00.

3.      The Property is subject to the first mortgage in favor of NATIONSTAR MORTGAGE LLC in the amount of $136,498.00.

4.      The Property has a fair market value of approximately $106,000.00. Certified Value, as of 10/05/2015, pursuant to the Property Appraiser's Website is $72,800.00.

5.      GREEN TREE SERVICING, LLC and/or BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, NA AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-CTX1 ASSET BACKED CERTIFICATES, SERIES 2005-ctX'S second mortgage/equity line of credit:

a.      Is unsecured since the appraised value of the Property is less than the claim amount of the first mortgage holder.

b.      Is subject to "stripping off" in accordance with In re Tanner, 217 F.3rd 1357 (11 Cir. 2000) and In re Smith, Case No.: 6:07-Bk-05041-ABB.

WHEREFORE, Debtor requests that this Honorable Court to:

a.      Value Creditor's claim in accordance with Bankruptcy Code Section 506(a).

b.      Disallow the above junior creditor a secured claim in as much as the above property has no equity in excess of the allowed secure claim of the above referenced first mortgage holder.

c. Provide for the "stripping off" of the above Creditor's mortgage lien upon the completion of payments to said senior mortgage holder; and

d. Grant such other and further relief as may be necessary and proper under the law.

**DECLARATION OF DEBTOR**

I, Pablo A. Scabuzzo, do hereby declare under penalty of perjury, that we have read the proceeding Motion, and that it is true and correct to the best of my knowledge, understanding and belief.

Date: 4/22/16 Signature: ____________________
Pablo A. Scabuzzo

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 2nd day of May 2016 to: Trustee, United States Trustee - ORL7/13, 7 USTP.Region21.OR.ECF@usdoj.gov, Laurie K Weatherford ecfdailysummary@c13orl.com, and Creditor, Nationstar Mortgage LLC, 350 Highland Dr., Lewisville, TX 75067, Green Tree Servicing, LLC, 332 Minnesota St. Ste 610, Saint Paul, MN 55101, and Melbalynn Fisher, 6409 Congress Ave. Suite 100, Boca Raton, FL 33487.

4/22/16
Date

Respectfully,

*/s/Alejandro Rivera*
Alejandro Rivera, Esq.
FBN # 90038
ALEJANDRO RIVERA, P.A.
1400 W. Oak St., Ste. F
Kissimmee, FL 34741
407-518-7160
Fax: 407 518-7678
Rivera@RiveraAtLaw.com



SOLUTIONSTAR

# BROKER PRICE OPINION

VPS Exterior
Loan [illegible]

## Subject Property Information

Address: 2358 BRANCH AVENUE  City: KISSIMMEE  State: FL  Zip Code: 34744  County: OSCEOLA

Borrower: PABLO SCABUZZO  Owner of Public Record: PABLO SCABUZZO  Inspection Date: 10/07/2015

Property Type: Single Family  Occupancy:  Inspection Type: VPS Exterior

Parcel #: 14 25 29 2234 0001 0820  HOA Fees: $0  Special Assessment Fee: $0  New Construction? No  Subject Zoning: Legal

Was the subject impacted by disaster in the past 1: No  Disaster Date: n/a  Is there evidence of a disaster?: No

Is the subject currently listed for sale?: No  Was the subject listed for sale in the past 12 mos.?: No  Cumulative Days on Market: 0

Was the subject sold in the past 12 months?: No  Date Sold: n/a  Original List Price:  Original List Date:

Last Listing Broker Name / Company:  Last List Price: $0  Last List Date:

**Brief Description of Subject Property and Comments**

Single family residence with 3 bedroom, 1 bath, living/dining room combo, kitchen, open patio. Conveniently located in the heart of Kissimmee, just minutes from the airport, FL turnpike, Valencia Community School, shopping plazas and more.

## Subject Neighborhood Information

Location: Urban  Property Price Trend: Increasing  REO Trend: Stable  Marketing Time Trend: Increasing

Normal Days on Market: 180+  Supply/Demand: Undersupply / Oversupply  Owner vs. Tenant %: 65%  Vacancy Rate: 0 TO 5  Median Market Rent: $1,100

Approximate Number of Comparable Listings: 8  Approximate Number of Comparable Listings Corporate or REO: 2

Number of Comparable Sales in the past 12 mos.?: 8  Comparable Sale Price Range: $89,000 to $110,000  Median Price: $95,000

Neighborhood Price Range: $83,000 to $109,000  Are there adverse external factors within 0.25 mi. of the subject property?: No

**Adverse External Factors Comments**

**Neighborhood Comments**

Per Realtytrac data, There are currently 285 properties in 34744 that are in some stage of foreclosure (default, auction or bank owned) while the number of homes listed for sale on RealtyTrac is 123. In August, the number of properties that received a foreclosure filing in 34744 was 58% lower than the previous month and 72% lower than the same time last year. Home sales for July 2015 were down 80% compared with the previous month, and down 81% compared with a year ago. The median sales price of a non-distressed home was $165,530. The median sales price of a foreclosure home was $135,000, or 18% lower than non-distressed home sales.

## Red Flags

- ☐ Construction
- ☐ Damaged
- ☐ Environmental
- ☐ Zoning
- ☐ Market Activity
- ☐ Boarded
- ☐ Stigma
- ☐ Other
- ☒ Not Applicable

**Red Flag Comments**

## Comparable Sales

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | 2356 BRANCH AVENUE | 1380 SPRINGFIELD ST | | 1338 MEADOWBROOK ST | | 1316 MILL CREEK PL | |
| City, State Zip Code | KISSIMMEE, FL34744 | KISSIMMEE, FL34744 | | KISSIMMEE, FL34744 | | KISSIMMEE, FL34744 | |
| Data Source / MLS# | Tax data / | MLS / S4816173 | | MLS / S4725313 | | MLS / S4805482 | |
| Proximity to Subject | | 0.14 mi. | | 0.09 mi. | | 0.31 mi. | |
| Original List Date/Price | / $0 | 06/11/2015 / $94,000 | | 03/28/2014 / $93,100 | | 11/14/2014 / $74,500 | |
| Sale Date / Price | / $0 | 07/27/2015 / $94,000 | | 04/17/2015 / $96,000 | | 04/28/2015 / $96,000 | |
| Cumulative DOM | 0 | 46 | | 385 | | 164 | |
| Loan Type | FHA Loan | Cash | | FHA Loan | | Cash | |
| Sale Type | FMV | REO | | Short Sale | | Short Sale | |
| Lease Hold/Fee Simple | Fee Simple | Fee Simple | $0 | Fee Simple | $0 | Fee Simple | $0 |
| Site Size | 0.18 AC | 0.16 AC | $0 | 0.18 AC | $0 | 0.13 AC | $0 |
| Condition | Average | Average | $0 | Average | $0 | Average | $0 |
| Age | 42 | 38 | -$2,000 | 42 | $0 | 36 | -$3,000 |
| Gross Living Area | 1050 SqFt | 1080 SqFt | -$100 | 1146 SqFt | -$980 | 1158 SqFt | -$1,080 |
| View | Neighborhood | Neighborhood | $0 | Neighborhood | $0 | Neighborhood | $0 |
| Room/Bed/Full/Partial | 5 / 3 / 1 / 0 | 6 / 3 / 2 / 0 | -$1,000 / $0 / -$1,000 / $0 | 5 / 3 / 1 / 1 | $0 / $0 / $0 / -$1,000 | 5 / 3 / 2 / 0 | $0 / $0 / -$1,000 / $0 |
| Basement Area (Sq. Ft.) | 0 SqFt | 0 SqFt | $0 | 0 SqFt | $0 | 0 SqFt | $0 |
| Basement % Finished | 0% | 0% | $0 | 0% | $0 | 0% | $0 |
| Price per Sq. Ft. | 0.00 | 88.68 | $0 | 83.77 | $0 | 82.80 | $0 |
| Parking Type | Attached 1 Car Garage | Attached 1 Car Garage | $0 | Attached 1 Car Garage | $0 | Attached 1 Car Garage | $0 |
| # Parking Stalls | None | None | $0 | None | $0 | None | $0 |
| Amenities (Pool, etc.) | Open Porch | | $0 | | $0 | | $0 |
| Overall Comparability | | Equal | $0 | Equal | $0 | Equal | $0 |
| Sales Concessions | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Special Assessments | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| # of Units / Design | 1 / Ranch/Rambler | 1 / Ranch/Rambler | $0 | 1 / Ranch/Rambler | $0 | 1 / Ranch/Rambler | $0 |
| Heating / Cooling | Both | Both | $0 | Both | $0 | Both | $0 |
| Water / Sewer | City / City | City / City | $0 / $0 | City / City | $0 / $0 | City / City | $0 / $0 |
| Net Adjustment | | -$4,100 | | -$1,980 | | -$5,080 | |
| Gross Adjustment | | $4,100 | | $1,980 | | $5,080 | |
| Adjusted Sale Price | | $89,900.00 | | $94,040.00 | | $90,920.00 | |

## Comparable Listings

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | 2356 BRANCH AVENUE | 2535 CHRISTINE DR, | | 2515 MILL RUN BLVD | | 1545 HICKORYWOOD CIR | |
| City, State Zip Code | KISSIMMEE, FL34744 | KISSIMMEE, FL34744 | | KISSIMMEE, FL34744 | | KISSIMMEE, FL34744 | |
| Data Source / MLS# | Tax data / | MLS / O5388545 | | MLS / O5385794 | | MLS / O5385252 | |
| Proximity to Subject | | 0.49 mi. | | 0.46 mi. | | 0.64 mi. | |
| Original List Date/Price | / $0 | 08/25/2015 / $107,000 | | 10/01/2015 / $83,200 | | 05/08/2015 / $99,990 | |
| Listing Date / Price | / | / | | / | | / | |
| Cumulative DOM | 0 | 48 | | 11 | | 157 | |
| Loan Type | FHA Loan | FHA Loan | | FHA Loan | | FHA Loan | |
| Listing Type | FMV | REO | | REO | | Short Sale | |
| Lease Hold/Fee Simple | Fee Simple | Fee Simple | $0 | Fee Simple | $0 | Fee Simple | $0 |
| Site Size | 0.18 AC | 0.15 AC | $0 | 0.16 AC | $0 | 0.28 AC | -$5,000 |
| Condition | Average | Average | $0 | Average | $0 | Average | $0 |
| Age | 42 | 33 | -$4,500 | 34 | -$4,000 | 31 | -$5,500 |
| Gross Living Area | 1050 SqFt | 1100 SqFt | -$500 | 1184 SqFt | -$1,340 | 1378 SqFt | -$3,280 |
| View | Neighborhood | Neighborhood | $0 | Neighborhood | $0 | Neighborhood | $0 |
| Room/Bed/Full/Partial | 5 / 3 / 1 / 0 | 6 / 3 / 2 / 0 | $0 / $0 / -$1,000 / $0 | 6 / 3 / 2 / 0 | $0 / $0 / -$1,000 / $0 | 5 / 3 / 2 / 0 | $0 / $0 / -$1,000 / $0 |
| Basement Area (Sq. Ft.) | 0 SqFt | 0 SqFt | $0 | 0 SqFt | $0 | 0 SqFt | $0 |
| Basement % Finished | 0% | 0% | $0 | 0% | $0 | 0% | $0 |
| Price per Sq. Ft. | 0.00 | 85.45 | $0 | 70.27 | $0 | 74.78 | $0 |
| Parking Type | Attached 1 Car Garage | Attached 2 Car Garage | $0 | None | $1,000 | Attached 2 Car Garage | -$1,000 |
| # Parking Stalls | None | None | $0 | None | $0 | None | $0 |
| Amenities (Pool, etc.) | Open Porch | | $0 | | $0 | | $0 |
| Overall Comparability | | Equal | $0 | Equal | $0 | Equal | $0 |
| Listing Concessions | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Special Assessments | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| # of Units / Design | 1 / Ranch/Rambler | 1 / Ranch/Rambler | $0 | 1 / Ranch/Rambler | $0 | 1 / Ranch/Rambler | $0 |
| Heating / Cooling | Both | Both | $0 | Both | $0 | Both | $0 |
| Water / Sewer | City / City | City / City | $0 / $0 | City / City | $0 / $0 | City / City | $0 / $0 |
| Net Adjustment | | -$6,000 | | -$5,340 | | -$15,780 | |
| Gross Adjustment | | $6,000 | | $7,340 | | $15,780 | |
| Adjusted Listing Price | | $101,000.00 | | $77,860.00 | | $84,230.00 | |

| Comparable Sales and Listings Comments | |
| --- | --- |
| Comparable Sale 1 | Spacious 3 bedrooms 2 baths , screened in porch , large yard and shed , Perfect for the handy owner or investor.Easy access to schools, shopping ,Restaurants, main roads , highways and Orlando attractions. Neighborhood has average to good curb appeal and it is a strong owner occupant area. If measurements and HOA fees are a concern Buyer/buyer's agent should have information independently verified.***MULTIPLE OFFERS HIGHEST AND BEST BY 6/18/2015 AT 12:00 NOON*** |
| Comparable Sale 2 | Short Sale - Well maintained 3 bedroom 2 bath home in small quite neighborhood near shopping. A new roof was installed in 2004. Enjoy the backyard with in ground pool. Lots of space for you to entertain with backyard BBQs. Back yard is also fenced in. Spend pleasant evenings with the family in the Kitchen and family room. Quick access to HWY 192, HWY 441 and HWY 17-92. |
| Comparable Sale 3 | Short Sale Great home, near schools, shopping and recreation! Bank approved at $102,000!!! |
| Comparable Listing 1 | AUCTION DATE: 08/12/2015 This 3 bedroom 2 bath home features a split bedroom plan, ceramic tile throughout, 2 car garage and a screened in back porch to enjoy and relax. Home is located near schools, dining and shopping centers. Mill Run Park is just down the road. |
| Comparable Listing 2 | harming 3 bedroom, 2 bathroom home in the heart of Kissimmee! Needs work but well worth the effort. All information should be verified by the buyer. Not limited to HOA fees and Rm size are approximated |
| Comparable Listing 3 | SHORT SALE, BACK ON THE MARKET, PRE-APPROVAL PRICE OF $102,900, NEEDS TO CLOSE BEFORE OCT 25TH , Great Home, Great Location. |

## Repairs

| Item | | Estimated Cost of Repair |
|---|---|---|
| Painting | | $0 |
| Foundation | | $0 |
| Landscaping | | $0 |
| Roof | | $0 |
| Windows | | $0 |
| Other | | $0 |
| Pool | | $0 |
| Cleaning/Trash Removal | | $0 |

Total Repair Cost $0

## Price Opinion

| | | | | |
|---|---|---|---|---|
| As Is | $95,000 | $85,800 | [illegible] | $1,100 |
| As Repaired | $95,000 | $85,800 | [illegible] | $12,500 |
| 0-60 days | $85,000 | $85,000 | | |
| 0-60 days Repaired | $85,000 | | | |

## Additional Comments

Pricing strategy is based on latest sold and active comps, similar to the subject..

## Broker / Agent Signature

Desiree A. Burgos
Agent Signature

Broker/License Number: BK3188484

Company: LA ROSA REALTY

Prepared By: DESIREE BURGOS

Signature Date: 10/13/2015

Broker/License State: FL

Company Address: 3708 TOWN CENTER BLVD SUITE D, ORLANDO, FL 32837

## Disclaimer

"This evaluation was prepared by a licensed real estate broker and is not an appraisal. This evaluation cannot be used for the purpose of obtaining financing."

"Notwithstanding any preprinted language to the contrary, this is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained."

| Agent Comments | |
|---|---|
| This is an Urban neighborhood; Listing 3 exceeds 0.5 miles. Please comment. | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Listing 3 has exceeded the total square feet variance threshold of 20% between subject and comparable (<1500 GLA) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Sold 3 has exceeded the threshold for age variance between subject and comp (5 years) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Listed 1 has exceeded the threshold for age variance between subject and comp (5 years) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Listed 2 has exceeded the threshold for age variance between subject and comp (5 years) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Listed 3 has exceeded the threshold for age variance between subject and comp (5 years) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain: Listed 3 Sq. ft has exceeded allowable variance of 20% (+/-) to the subject | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Listing 3 Lot size variance is + or - 20% of the subject lot size. Please explain. | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Sold 3 Lot size variance is + or - 20% of the subject lot size. Please explain. | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Listing 1 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Listing 2 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Listing 3 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Sale 1 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Sale 2 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |
| Please explain why Sale 3 Sale Type varies from what client requested(Retail (FMV) comps) | Due to the lack of comps I been forced to exceed the bpo guidelines due to the lack of comps. |

Photographs / Location Map





**Subject Front**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |



**Subject Front Side 1**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |



**Subject Front Side 2**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |



**Subject Address verification**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |





**Subject Street Scene 1**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |





**Subject Street Scene 2**

| | |
|---|---|
| Address | 2356 BRANCH AVENUE |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

### Sold Comp 1

| | |
|---|---|
| Address | 1360 SPRINGFIELD ST |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

### Sold Comp 2

| | |
|---|---|
| Address | 1336 MEADOWBROOK ST |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

### Sold Comp 3

| | |
|---|---|
| Address | 1316 MILL CREEK PL |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

## Listing Comp 1

| | |
|---|---|
| Address | 2535 CHRISTINE DR. |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

## Listing Comp 2

| | |
|---|---|
| Address | 2316 MILL RUN BLVD |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |

## Listing Comp 3

| | |
|---|---|
| Address | 1545 HICKORYWOOD CIR |
| City | KISSIMMEE |
| State | FL |
| Zip Code | 34744 |



Subject Different View

 ## 2356 BRANCH AVE KISSIMMEE FL 34744

Vendor:
Risk Score (1 to 100): 19 Low Medium High
Benchmark Valuation: $95,000

Date:10/12/2015
Loan ID:248606045
Tracking ID:

| Valuation Risk | | | | Market Condition (ZIP 34744) | |
|---|---|---|---|---|---|
| Benchmark Value: | $95,000 | Benchmark Date: | 10/07/2015 | Price Performance (1year): | 7.08% |
| CA Value: | $112,000 | AVM Value Variance: | 17.89% | Inventory Remaining: | 3 months |
| Value Confidence: | 78 | UPB: | $136,498 | Price Forecast (1year): | 2.63% |
| Prior BPO Value: | $120,000 | BPO Value Variance: | -20.83% | Foreclosure Activity: | MODERATE |

**Similarity Analysis**

Subject Similarity Index Rating (Out of 100): 68

| | | | | | | |
|---|---|---|---|---|---|---|
| Subject List Price: | N/A | Value: | $95,000 | Variance: | N/A | |
| Subject Price/SqFt : | $90 | Comparables Average Price/SqFt: | $91 | Variance: | -2.04% | Typical |
| Subject SqFt: | 1,050 | Comparables Average SqFt: | 1,397 | Variance: | -24.88% | Atypical |
| Subject Age: | 42 | Comparables Average Age: | 36.38 | Variance: | 15.45% | Typical |
| Subject Lot Size: | 8,712 sf | Comparables Average Lot Size: | 7,322 sf | Variance: | 18.98% | Typical |

**Property Information**

| | | | | |
|---|---|---|---|---|
| County: OSCEOLA | Property Type: SINGLE FAMILY | Beds: 3 | Baths: 2 | SqFt: 1050 |
| Land: 8712 | Yr Built: 1973 | Carrier Route: C009 | Asd Value: 50,608 | Asd Yr: 2014 |
| Sld Price: 160,000 | Sld Date: 11/14/2005 | List Price: 150,000 | List Date: 06/24/2005 | Off Mkt Date: |

| Historical BPO | BPO Date | BPO Value | Product Type | Living | Bed | Bath | Age | Condition | AVM Value | Conf. Score | Risk Level |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Current | 10/7/2015 | 95000 | | 1050 | 3 | 1 | 42 | Average | 112000 | 78 | MODERATE |
| Historical 1 | 6/3/2015 | 120000 | | 1050 | 3 | 2 | 42 | Average | 108000 | 78 | LOW |

**Additional Information**

| | | | | |
|---|---|---|---|---|
| Parcel Number:14-25-29-2234-0001-0820 | Census Tract: 423001 | Floor Count: 1 | Basement: | Pool: |
| Legal Description: TOWN & COUNTRY EST UNIT 1 PB 2 PG 84 LOT 82 | View: | Land Value: | Improvements: | Market Value: 64,000 |
| Owner: SCABUZZO,PABLO & MARIA EUGENIA | | Zoning: KRA2 | | |
| Last Sale 1st Loan: 136,000 | | Type: F | Lender: CTX MORTGAGE CO | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan: 20,000 | Date: 10/20/2006 | Type: | Lender: GMAC MORTGAGE CORP | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

| Property Characteristics Comparison | Benchmark | Public Record | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 0 | 3 |
| Number of Bathrooms Full | 1 | 2 | 1.5 |
| Number of Bathrooms Partial | | | 1 |
| Total Number of Rooms | | | |
| Land Area | 7841 | 8059 | 8712 |
| Living Area | 1050 | 1050 | |
| Year Built | 1973 | 1973 | 1973 |
| Property Type | SINGLE FAMILY RESIDENCE | RSFR | SFR |
| View | | | |
| Sold Date | | 11/14/2005 | 8/22/2005 |
| Sold Price | | 160000 | 160000 |
| List Date | | | 6/24/2005 |
| List Price | | | 150000 |

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

# CA Risk Profiler

## 2356 BRANCH AVE KISSIMMEE FL 34744

Date:10/12/2015
Loan ID:248606045
Tracking ID:

Vendor:
Risk Score (1 to 100): 19 Low High
Benchmark Valuation: $95,000

| List 1. 1545 HICKORYWOOD CIR | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 4 | 3 |
| Number of Bathrooms Full | 2 | 2 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | | | |
| Land Area | 12197 | 12458 | 12197 |
| Living Area | 1376 | 1376 | 2142 |
| Year Built | 1984 | 1984 | 1984 |
| Property Type | SFR | RSFR | SFR |
| View | | | |

| Sold 1. 1316 MILL CREEK PL | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 0 | 3 |
| Number of Bathrooms Full | 2 | 2 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | | | |
| Land Area | 5663 | 5532 | 5532 |
| Living Area | 1158 | 1158 | 1719 |
| Year Built | 1979 | 1979 | 1979 |
| Property Type | SFR | RSFR | SFR |
| View | | | |
| Sold Date | 4/28/2015 | 4/30/2015 | 4/28/2015 |
| Sold Price | 96000 | 96000 | 96000 |

| List 2. 2515 MILL RUN BLVD | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 3 | 3 |
| Number of Bathrooms Full | 2 | 2 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | | | |
| Land Area | 6970 | 6839 | 6839 |
| Living Area | 1184 | 1184 | 1880 |
| Year Built | 1981 | 1981 | 1981 |
| Property Type | SFR | RSFR | SFR |
| View | | | |

| Sold 2. 1336 MEADOWBROOK ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 3 | 3 |
| Number of Bathrooms Full | 1 | 2 | 1.5 |
| Number of Bathrooms Partial | | | 1 |
| Total Number of Rooms | | | |
| Land Area | 6970 | 7013 | 7013 |
| Living Area | 1146 | 1146 | 1480 |
| Year Built | 1973 | 1973 | 1973 |
| Property Type | SFR | RSFR | SFR |
| View | | | |
| Sold Date | 4/17/2015 | 4/21/2015 | 4/17/2015 |
| Sold Price | 96000 | 96000 | 96000 |

| List 3. 2535 CHRISTINE DR | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 3 | 3 |
| Number of Bathrooms Full | 2 | 2 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | | | |
| Land Area | 6534 | 6490 | 6490 |
| Living Area | 1100 | 1100 | 1792 |
| Year Built | 1982 | 1982 | 1982 |
| Property Type | SFR | RSFR | SFR |
| View | | | |

| Sold 3. 1360 SPRINGFIELD ST | Benchmark | Public Records | MLS |
|---|---|---|---|
| Number of Bedrooms | 3 | 0 | 3 |
| Number of Bathrooms Full | 2 | 2 | 2 |
| Number of Bathrooms Partial | | | |
| Total Number of Rooms | | | |
| Land Area | 6970 | 7013 | 7013 |
| Living Area | 1060 | 1060 | 1492 |
| Year Built | 1977 | 1977 | 1977 |
| Property Type | SFR | RSFR | SFR |
| View | | | |
| Sold Date | 7/27/2015 | 7/28/2015 | |
| Sold Price | 94000 | 94000 | |

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

# CA Risk Profiler

## 2356 BRANCH AVE KISSIMMEE FL 34744

Date:10/12/2015
Loan ID:248606045
Tracking ID:

Vendor:
Risk Score (1 to 100): 19 Low High
Benchmark Valuation: $95,000

Property Information

| | | | | |
|---|---|---|---|---|
| County: OSCEOLA | Property Type: SINGLE FAMILY | Beds: 3 | Baths: 2 | SqFt: 1050 |
| Land: 8712 | Yr Built: 1973 | Carrier Route: C009 | Asd Value: 50,608 | Asd Yr: 2014 |
| Sld Price: 160,000 | Sld Date: 11/14/2005 | List Price: 150,000 | List Date: 06/24/2005 | Off Mkt Date: |

## List/Sold Comparable Scoring

| | Address | Zip | SqFt | $/SqFt | Value | Date | Age | Land | Proximity | Type | Condition | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | 2356 Branch Ave | 34744 | 1,050 | $90 | $95,000 | - | 42 | 7,841 | - | - | Average | - |
| List 1 | 1545 HICKORYWOOD CIR | 34744 | 1,376 | $75 | $102,900 | 09/28/2015 | 31 | 12,197 | 0.64 | standard | Average | 79 |
| Sold 1 | 1316 MILL CREEK PL | 34744 | 1,158 | $83 | $96,000 | 04/28/2015 | 36 | 5,663 | 0.31 | standard | Average | 88 |
| List 2 | 2515 MILL RUN BLVD | 34744 | 1,184 | $70 | $83,200 | 10/01/2015 | 34 | 6,970 | 0.46 | standard | Average | 84 |
| Sold 2 | [redacted] | 34744 | 1,146 | $84 | $96,000 | 04/17/2015 | 42 | 6,970 | 0.09 | standard | Average | 93 |
| List 3 | 2535 CHRISTINE DR, | 34744 | 1,100 | $85 | $94,000 | 09/08/2015 | 33 | 6,534 | 0.5 | standard | Average | 89 |
| Sold 3 | [redacted] | 34744 | 1,060 | $89 | $94,000 | 07/27/2015 | 38 | 6,970 | 0.13 | standard | Average | 96 |

## Risk Profiler List/Sold Comparable Scoring

| | Address | Zip | SqFt | $/SqFt | Value | Date | Age | Land | Proximity | Type | Condition | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subject | 2356 BRANCH AVE | 34744 | 1,050 | $107 | $112,000 | - | 42 | 8,712 | - | - | Average | - |
| Sold 1 | 2417 SABLE DR | 34744 | | | $144,000 | 07/06/2015 | 35 | 9,583 | 0.23 | standard | Average | 85 |
| Sold 2 | 2349 MEADOWBROOK ST | 34744 | 1,477 | $91 | $134,000 | 07/21/2015 | 42 | 7,013 | 0.08 | standard | Average | 85 |
| Sold 3 | 1314 MILL CREEK PL | 34744 | 1,092 | $88 | $96,000 | 06/25/2014 | 36 | 7,667 | 0.3 | reo | Average | 83 |
| Sold 4 | 1318 MILL SLOUGH RD | 34744 | 1,428 | $86 | $123,000 | 04/20/2015 | 42 | 7,275 | 0.15 | standard | Average | 83 |
| Sold 5 | 2422 SABLE DR | 34744 | 1,174 | $162 | $189,609 | 05/27/2015 | 35 | 8,364 | 0.22 | standard | Average | 82 |
| Sold 6 | 2313 VALLEY AVE | 34744 | 1,462 | $80 | $117,000 | 07/10/2015 | 38 | 7,971 | 0.12 | reo | Average | 81 |
| Sold 7 | 1378 SIERRA CIR | 34744 | 1,331 | $98 | $131,000 | 04/10/2015 | 16 | 5,009 | 0.15 | standard | Average | 78 |
| Sold 8 | [redacted] | 34744 | 1,480 | $65 | $96,000 | 04/17/2015 | 42 | 7,013 | 0.09 | short | Average | 77 |
| Sold 9 | [redacted] | 34744 | 1,492 | $63 | $94,000 | 07/27/2015 | 38 | 7,013 | 0.13 | reo | Average | 76 |
| Sold 10 | 2350 BRANCH AVE | 34744 | 1,806 | $80 | $145,000 | 05/08/2015 | 41 | 7,231 | 0.01 | reo | Average | 75 |
| List 1 | [redacted] | 34744 | 1,492 | $102 | $152,900 | 09/23/2015 | 38 | 7,013 | 0.13 | standard | Average | 87 |
| List 2 | 1525 KELBY RD | 34744 | 1,377 | $105 | $145,000 | 09/22/2015 | 35 | 5,009 | 0.48 | fcls | Average | 86 |
| List 3 | 2355 MEADOWBROOK ST | 34744 | 1,642 | $100 | $165,000 | 08/02/2015 | 42 | 7,057 | 0.07 | standard | Average | 85 |
| List 4 | 2457 MILL RUN BLVD | 34744 | 1,692 | $86 | $145,800 | 09/12/2015 | 35 | 8,102 | 0.38 | short | Average | 75 |
| List 5 | 1432 OUTER CT | 34744 | 1,988 | $77 | $153,900 | 07/13/2015 | 35 | 7,144 | 0.27 | standard | Average | 67 |

RID# 86286448

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

# CA Risk Profiler

## 2356 BRANCH AVE KISSIMMEE FL 34744

Date:10/12/2015
Loan ID:248606045
Tracking ID:

Vendor:
Risk Score (1 to 100): 19
Low Medium High
Benchmark Valuation: $95,000

HomePriceTrends Charts

Regular & REO Average Sold Price
Single Family
price
best-fit
Price in Thousands
$250
$200
$150
$100
2000-Q1
2001-Q1
2002-Q1
2003-Q1
2004-Q1
2005-Q1
2006-Q1
2007-Q1
2008-Q1
2009-Q1
2010-Q1
2011-Q1
2012-Q1
2013-Q1
2014-Q1
2015-Q1

REO vs Regular Number of Sales
Single Family
REO
Regular
Number of Sales
700
600
500
400
300
200
100
0
2000-Q1
2001-Q1
2002-Q1
2003-Q1
2004-Q1
2005-Q1
2006-Q1
2007-Q1
2008-Q1
2009-Q1
2010-Q1
2011-Q1
2012-Q1
2013-Q1
2014-Q1
2015-Q1

Regular & REO Sold Price In Thousands Distribution
Single Family (10/7/2014-10/7/2015)
Number of Sales
100
80
60
40
20
< 60
60-79
80-99
100-119
120-139
140-159
160-179
180-199
200-219
220-239
240-259
260-279
280-299
300-319
>= 320

Regular & REO Living Area Distribution
Single Family (10/7/2014-10/7/2015)
Number of Sales
250
200
150
100
50
0
< 1000
1000-1499
1500-1999
2000-2499
2500-2999
3000-3499
3500-3999
4000-4499
4500-4999
5000-5499
>= 5500

REO vs Regular Average Sold Price
Single Family
REO
Regular
Price in Thousands
$250
$200
$150
$100
2000-Q1
2001-Q1
2002-Q1
2003-Q1
2004-Q1
2005-Q1
2006-Q1
2007-Q1
2008-Q1
2009-Q1
2010-Q1
2011-Q1
2012-Q1
2013-Q1
2014-Q1
2015-Q1

CBSA-ZIP Forecast
CBSA-36740-Orlando-Kissimmee-Sanford
Zip-34744
Price
$250,000
$200,000
$150,000
$100,000
2000-Q1
2001-Q1
2002-Q1
2003-Q1
2004-Q1
2005-Q1
2006-Q1
2007-Q1
2008-Q1
2009-Q1
2010-Q1
2011-Q1
2012-Q1
2013-Q1
2014-Q1
2015-Q1
2016-Q1
2017-Q1
2018-Q1
2019-Q1
2020-Q1

RID# 86286448

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

# CA Risk Profiler

## 2356 BRANCH AVE KISSIMMEE FL 34744

Vendor:
Risk Score (1 to 100): 19 Low High
Benchmark Valuation: $95,000

Date:10/12/2015
Loan ID:248606045
Tracking ID:

### High Risk Questions

| Question | YES | NO | NA |
|---|---|---|---|
| 1. Is the Unpaid Principal Balance greater than or equal to $1,000,000 | | X | |
| 2. Is the Unpaid Principal Balance less than $60,000 and Is AVM Confidence Score greater than 79 and Is the AVM Absolute Percent Variance greater than 9.9 and Is the AVM Absolute Dollar Variance greater than $10,000 | | X | |
| 3. Is the Subject Property Type Land only | | X | |
| 4. Is the BPO Value less than $5,000 | | X | |
| 5. Is the BPO Value greater than or equal to $1,000,000 | | X | |
| 6. Is the BPO above grade GLA less or equal to 500 Square Feet and Is the BPO Value greater or equal to $250,000 | | X | |
| 7. Is the AVM Confidence Score greater than 79 and Is the absolute variance between the AVM value and BPO Value greater than 30% and Is the absolute Dollar Variance greater than $30,000 | | X | |
| 8. Is the Subject Property a new construction | | | X |
| 9. Is property currently Impacted by Disaster = Yes | | X | |
| 10. Is there evidence of a disaster | | X | |
| 11. Red Flag = Stigma | | X | |
| 12. No AVM Hit | | X | |
| 13. Is the absolute variance between the BPO value and prior BPO value greater than 30% and is the absolute Dollar Variance greater than $30,000 | | X | |

### Medium Risk Questions

| Question | YES | NO | NA |
|---|---|---|---|
| 1. Subject Property: Is the absolute variance more than 200 Sqft and 20% between the current BPO Living area and the previous BPOs? | | X | |
| 2. Subject Property: Is the absolute variance more than 1 Acre or 43,560 sqft between the current BPO Site Size and the previous BPOs? | | | X |
| 3. Subject Property: Is the absolute variance greater or equal than 10 years between the current BPO Age and the previous BPOs? | | X | |
| 4. Subject Property: Is the absolute variance greater than 2 between the current BPO number of Bedrooms and the previous BPOs? | | X | |

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

| Question | YES | NO | NA |
|---|---|---|---|
| 5. Subject Property: Did the agent report materially different condition than the previous BPOs (from Fair to Good, Poor to Good, Fair to Excellent, Poor to Excellent)? | | X | |
| 6. Subject Property: Is the current BPO property type different from what was reported on the previous BPOs? | | | X |
| 7. Subject Property: Is the Living Area absolute variance between the BPO and MLS greater than 200 feet and 20%? | | | X |
| 8. Subject Property: Is the Site Size absolute variance between the BPO and MLS greater than 1 Acre or 43,560 sqft? | | X | |
| 9. Subject Property: Is the Age absolute variance between the BPO and MLS greater or equal than 10 years? | | X | |
| 10. Subject Property: Is the number of Bedrooms absolute variance between the BPO and MLS greater than 2? | | X | |
| 11. Subject Property: Is the Living Area absolute variance between the BPO and Public Record greater than 300 feet and 30%? | | X | |
| 12. Subject Property: Is the Site Size absolute variance between the BPO and Public Record greater than 1 Acre or 43,560 sqft? | | X | |
| 13. Subject Property: Is the Age absolute variance between the BPO and Public Record greater or equal than 10 years? | | X | |
| 14. Subject Property: Is the number of Bedrooms absolute variance between the BPO and Public Record greater than 2? | | | X |
| 15. Subject Property Condominium and Townhomes: Do all comparables have different bedroom count? | | | X |
| 16. Subject Property Condominium and Townhomes: Are any of the comparables not the same property type as the subject? | | | X |
| 17. Subject Property Multi Family: Are any of the comparables not the same property type as the subject? | | | X |
| 18. Subject Property Manufactured Housing: Are two or more comparables different property type than the subject? | | | X |
| 19. Comparables: Do any of the Sold Comparables have Living Area absolute variance between BPO and MLS more than 200 Sqft and 20%? | X | | |
| 20. Comparables: Do any of the Sold Comparables have Site Size absolute variance between BPO and MLS more than 1 Acre or 43,560 Sqft? | | X | |
| 21. Comparables: Do any of the Sold Comparables have Age absolute variance between BPO and MLS more than 10 years? | | X | |
| 22. Comparables: Do any of the Sold Comparables have Bedroom absolute variance between BPO and MLS more than 2? | | X | |
| 23. Comparables: Do any of the Listing Comparables have Living Area absolute variance between BPO and Public Record more than 300 Sqft and 30%? | | X | |
| 24. Comparables: Do any of the Listing Comparables have Site Size absolute variance between BPO and Public Record more than 1 Acre or 43,560 Sqft? | | X | |
| 25. Comparables: Do any of the Listing Comparables have Age absolute variance between BPO and Public Record more than 10 years? | | X | |
| 26. Comparables: Do any of the Listing Comparables have Bedroom absolute variance between BPO and Public Record more than 2? | | X | |

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

| | | | |
|---|---|---|---|
| 27. Comparables: Does more than one of the Sold Comparables OR more than one of the Listing comparables have a different condition type than the subject's condition? | ☐ YES | ☒ NO | ☐ NA |
| 28. Comparables: Does more than one of the Sold Comparables OR more than one of the Listing comparables have exceeded the distance parameters? | ☐ YES | ☒ NO | ☐ NA |

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.

 CA Risk Profiler

# 2356 BRANCH AVE KISSIMMEE FL 34744

Market Condition Score: Strong

Loan No: 248606045
Ref No:

Date: 10/12/2015
Retro Dt: 10/7/2015

## Property Information

| | | | | |
|---|---|---|---|---|
| County: OSCEOLA | Property Type: SINGLE FAMILY | Beds: 3 | Baths: 2 | SqFt: 1050 |
| Land: 8712 | Yr Built: 1973 | Carrier Route: C009 | Asd Value: 50,608 | Asd Yr: 2014 |
| Sld Price: 160,000 | Sld Date: 11/14/2005 | List Price: 150,000 | List Date: 06/24/2005 | Off Mkt Date: |

## Market Conditions Analysis

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 111 | 79 | 67 | 47% | increasing |
| Absorption Rate (Total Sales/Months) | 18 | 26 | 22 | 47% | increasing |
| Total # of Comparable Active Listings | 108 | 92 | 69 | -28% | declining |
| Months of Housing supply (Total Listings/Ab. Rate) | 6 | 4 | 3 | -52% | declining |

| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Median Comparable Sale Price | $125,000 | $143,000 | $145,000 | 24% | increasing |
| Median Comparable Sales Days on Market | 89 | 67 | 77 | -23% | declining |
| Median Comparable List Price | $133,000 | $148,900 | $154,400 | 27% | increasing |
| Median Comparable Listings Days on Market | 48 | 64 | 49 | -54% | declining |
| Median Sale Price as % of List Price | 100% | 100% | 98% | -2% | declining |

| Foreclosure & REO & Short Sale Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Foreclosure Sales | 9 | 4 | 2 | -35% | declining |
| REO Sales | 7 | 8 | 3 | -15% | declining |
| Short Sales | 4 | 8 | 5 | 164% | increasing |
| Foreclosure % of Regular & REO Sales | 39% | 21% | 20% | -54% | declining |

**Disclaimer:** This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics LLC to available public record, local market and proprietary data compiled by Collateral Analytics LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Copyright © 2009-2015 Collateral Analytics LLC. All rights reserved.