UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Pablo A. Scabuzzo,

    Debtor(s).

Case No.: 6:15-bk-08767-KSJ

**PROOF OF SERVICE**

I HEREBY certify that a true and correct copy of the Order Sustaining Objection to Attorney Fees (Doc No. 49) was furnished by regular U.S. Mail or by electronic notification via ECF July 20, 2016 to the following:

    **Alejandro Rivera**, rivera@riveraatlaw.com
    **Pablo A. Scabuzzo**, 2356 Branch Ave., Kissimmee, FL 34744

    LAURIE K. WEATHERFORD
    Chapter 13 Standing Trustee

    /s/ Laurie K. Weatherford
    Laurie K. Weatherford, Trustee
    Stuart Ferderer, Esq.
    Fla. Bar No. 0746967
    Wayne Spivak, Esq.
    Fla. Bar No. 0038191
    Post Office Box 3450
    Winter Park, Florida 32790-3450
    Telephone: (407) 648-8841
    Facsimile: (407) 648-2665